MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
ANDREW L. SATENBERG (Bar No. CA 174840)
EVE L. TORRES (Bar No. CA 303651)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
H&M HENNES & MAURITZ, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SER LAO, as an individual and on behalf of all other similarly situated, | Case No. 5:16 - cv - 333 |
| Plaintiffs, | **APPENDIX OF STATE COURT DOCUMENTS PURSUANT TO 28 U.S.C. § 1446(a)** |
| vs. | |
| H&M HENNES & MAURITZ, L.P., a New York limited partnership; and DOES 1 through 50, inclusive, | [Filed concurrently with: (1) Notice of Removal; |
| Defendants. | (2) Civil Cover Sheet; (3) Corporate Disclosure Statement; (4) Certification as to Interested Parties; (5) Declaration of Andrew Satenberg; (6) Declaration of Kenneth Munoz-Porter; (7) Notice to Adverse Parties; (8) Proof of Service.] |
| | Complaint Filed: December 11, 2015 Trial Date: None Set |

Pursuant to 28 U.S.C. section 1446(a), Defendant Tesoro Refining and Marketing Company submits this Appendix of State Court Documents, which includes copies of all process, pleadings, and orders served upon Defendant, in support of its Notice of Removal to United States District Court in the above-captioned matter.

| Exhibit | Document Description | Date Filed |
|---------|----------------------|------------|
| A | **SUMMONS AND COMPLAINT FOR DAMAGES** | **12/11/2015** |
| B | **ORDER DEEMING CASE COMPLEX AND STAYING DISCOVERY** | **01/04/2016** |

Dated: January 20, 2016

MANATT, PHELPS & PHILLIPS, LLP
Robert H. Platt
Andrew L. Satenberg
Eve L. Torres

By: _____
Andrew L. Satenberg
*Attorneys for Defendant*
H&M HENNES & MAURITZ, L.P.

315841148.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

APPENDIX OF STATE COURT DOCUMENTS