Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Nicholas Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class
(Additional Counsel on Next Page)

GRANTED
Judge Edward J. Davila
DATED: 2/24/2016

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SER LAO, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>H & M HENNES & MAURITZ, L.P., a New York limited partnership; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:16-cv-333 EJD<br><br>**STIPULATION REGARDING *TRAN* CLASS ACTION SETTLEMENT** |

1

**STIPULATION REGARDING *TRAN* CLASS ACTION SETTLEMENT**

| | |
|---|---|
| 1 | WILLIAM L. MARDER, ESQ. (CBN 170131) |
| | **Polaris Law Group LLP** |
| 2 | 501 San Benito Street, Suite 200 |
| | Hollister, CA 95023 |
| 3 | Tel: (831) 531-4214 |
| 4 | Fax: (831) 634-0333 |
| | Email: bill@polarislawgroup.com |
| 5 | |
| 6 | Dennis S. Hyun (State Bar No. 224240) |
| | dhyun@hyunlegal.com |
| 7 | **HYUN LEGAL, APC** |
| | 550 South Hope Street, Suite 2655 |
| 8 | Los Angeles, CA  90071 |
| | (213) 488-6555 |
| 9 | (213) 488-6554 facsimile |
| 10 | Attorneys for Plaintiff and the Class |
| 11 | MANATT, PHELPS & PHILLIPS, LLP |
| | ROBERT H. PLATT (Bar No. CA 108533) |
| 12 | rplatt@manatt.com |
| | ANDREW L. SATENBERG (Bar No. CA 174840) |
| 13 | asatenberg@manatt.com |
| | EVE L. TORRES (Bar No. CA 303651) |
| 14 | etorres@manatt.com |
| | 11355 West Olympic Boulevard |
| 15 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 16 | Facsimile: (310) 312-4224 |
| 17 | |
| | Attorneys for Defendant |
| 18 | H&M HENNES & MAURITZ, L.P. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION REGARDING *TRAN* CLASS ACTION SETTLEMENT**

Plaintiff Ser Lao ("Plaintiff") and Defendant H & M Hennes & Mauritz, L.P. ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate as follows with reference to the following facts:

1. WHEREAS, on or about December 23, 2011, Plaintiff Suzanne Tran ("Tran") filed the class action lawsuit entitled, *Tran v. H & M Hennes & Mauritz, L.P.*, Case No. 111CV215599 (the "*Tran* Case");

2. WHEREAS, on or about December 11, 2015, Plaintiff filed his class action lawsuit against Defendant in the Santa Clara County Superior Court, Case No. 15CV288944 (the "*Lao* Case");

3. WHEREAS, on or about January 21, 2016, Defendant removed the above-captioned case to the United States District Court, resulting in assignment of this action before this Court;

4. WHEREAS, Tran and Defendant entered into a class action settlement for the claims asserted in the *Tran* Case and, on or about February 2, 2016, Tran filed a Motion for Preliminary Approval of Class Action Settlement; and

5. WHEREAS, pursuant to meet and confer discussions of the Parties, they agree that the *Tran* class action settlement does not apply to Plaintiff and putative class members' claims for (1) unpaid wages/overtime under California Labor Code Sections 510, 558, 1194, 1197, and 1197.1 that resulted from alleged security checks; (2) premium pay for missed meal and rest periods under California Labor Code Sections 226.7 and 512, that resulted from alleged security checks; and (3) unpaid overtime under California Labor Code Sections 510, 558, 1194, and 1197.1 that resulted from Defendant's alleged failure to include all non-discretionary items of compensation in the regular rate for the purposes of calculating overtime.

NOW, THEREFOR, the Parties in the *Lao* Case hereby stipulate as follows:

1. The class action settlement in the *Tran* Case shall not apply to bar Plaintiff and putative class members' claims for (1) unpaid wages/overtime under California Labor Code Sections 510, 558, 1194, 1197, and 1197.1 that resulted from alleged security checks; (2)

premium pay for missed meal and rest periods under California Labor Code Sections 226.7 and 512 that resulted from alleged security checks; and (3) unpaid overtime under California Labor Code Sections 510, 558, 1194, and 1197.1 that resulted from Defendant's alleged miscalculation of the regular rate of pay based on Defendant's alleged failure to include in the regular rate all non-discretionary remuneration and/or incentive pay, including without limitation, quarterly and/or monthly bonuses.

     IT IS SO STIPULATED.

DATED: February 22, 2016         DIVERSITY LAW GROUP, P.C.

By:   /s/ Larry W. Lee
Larry W. Lee
Attorneys for Plaintiff and the Class

DATED: February 22, 2016         MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Andrew L. Satenberg
Andrew L. Satenberg
Attorneys for Defendant
H&M HENNES & MAURITZ, L.P.

316320376.1

4

**STIPULATION REGARDING *TRAN* CLASS ACTION SETTLEMENT**