1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SER LAO,

              Plaintiff,

       v.

H&M HENNES & MAURITZ, L.P.,

              Defendant.

Case No. 5:16-cv-00333-EJD

**PRETRIAL ORDER (BENCH)**

Re: Dkt. No. 133

On November 26, 2019, the parties appeared before Judge Edward J. Davila for a status conference. Based on the parties' joint status conference statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the trial shall be a bench trial;

IT IS FURTHER ORDERED the case schedule is vacated;

IT IS FURTHER ORDERED following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Deadline for Defendant to File Its Reply in Support of Its Motion to Decertify Class | December 2, 2019 |
| Hearing on Defendant's Motion to Decertify Class | December 12, 2019 at 9:00 a.m. |
| Settlement Conference Before Magistrate Judge Cousins | January 10, 2020 at 9:30 a.m. |
| Deadline to File *Daubert* Motion(s) | January 16, 2020 |
| Hearing on Anticipated *Daubert* Motion(s) | March 12, 2020 at 9:00 a.m. |
| Motion(s) *in Limine* | April 9, 2020 |
| Joint Final Pretrial Conference Statement | April 16, 2020 |

Case No.: 5:16-cv-00333-EJD
PRETRIAL ORDER (BENCH)

1

| Proposed Findings of Fact and Conclusions of Law, and Oppositions to Motion(s) *in Limine* | April 16, 2020 |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on May 7, 2020 |
| Bench Trial | May 22, 26, 27, 29, 2020 at 9:00 a.m. |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: November 26, 2019

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

---

[1]    A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:16-cv-00333-EJD
PRETRIAL ORDER (BENCH)