MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
Email: rplatt@manatt.com
ANDREW L. SATENBERG (Bar No. CA 174840)
Email: asatenberg@manatt.com
ALMA PINAN (Bar No. CA 322693)
Email: apinan@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendant*
H&M HENNES & MAURITZ, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SER LAO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>H&M HENNES & MAURITZ, L.P., a New York limited partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:16-cv-333 EJD<br><br>**DEFENDANT H&M HENNES & MAURITZ, L.P.'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing:<br>Date:         October 15, 2020<br>Time:         9:00 a.m.<br>Judge:        Hon. Edward J. Davila<br>Courtroom: 4 |

Defendant H&M Hennes & Mauritz, L.P. ("H&M") hereby notifies the Court and Plaintiff Ser Lao ("Plaintiff"), pursuant to Local Rule 7-3(b), that it does not oppose Plaintiff's Motion for Final Approval of Class Action Settlement (Docket No. 163) ("Motion").

Notwithstanding, H&M continues to deny that it engaged in any alleged unlawful conduct and maintains that it complied with California law and properly paid its employees in all respects.

Dated:  September 24, 2020

MANATT, PHELPS & PHILLIPS, LLP
Robert H. Platt
Andrew L. Satenberg
Alma Piñan

By: /s/ Andrew L. Satenberg
    Andrew L. Satenberg
    *Attorneys for Defendant*
    H&M HENNES & MAURITZ, L.P.